IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>Plaintiff,<br><br>vs.<br><br>LYONS CONTRACTING, INC. a/k/a LYONS CONTRACTING, LLC,<br><br>Defendant,<br><br>vs.<br><br>ROSS DEVELOPMENT COMPANY and CBF CONTRACTING, INC.,<br><br>Garnishees. | Civil Action No. 09-0175 |

## INTERROGATORIES TO GARNISHEE

TO:   CBF Contracting, Inc.
       13844 Route 68
       P.O. Box 186
       Sligo, PA 16255

YOU ARE REQUIRED TO FILE ANSWERS WITH THE UNDERSIGNED UNDER OATH TO THE FOLLOWING INTERROGATORIES WITHIN TWENTY (20) DAYS AFTER SERVICE UPON YOU. FAILURE TO DO SO MAY RESULT IN JUDGMENT AGAINST YOU.

1. At the time you were served, or at any subsequent time:

    a. did you owe defendant any money?
    b. were you liable to defendant pursuant to any note or agreement?
    c. did defendant claim that you owed him any money or were liable to defendant for any reason?

    ANSWER:

2. If the answer to Interrogatory No. 1 is "yes", state for each account:

   (a) Parties to the instrument/agreement;
   (b) Date of the instrument/agreement;
   (c) Nature/description of the instrument/agreement;
   (d) Amount of the payments due thereunder;
   (e) Frequency of payments;
   (f) Amount of the payments made to date;
   (g) Balance due under the instrument/agreement.

   ANSWER:

3. At the time you were served, or at any subsequent time, was there in your possession, custody or control or in the joint possession, custody or control of yourself and one or more other persons any tangible personal property of any nature owned solely or in part by defendant, including but not limited to the following: automobiles, trucks or other vehicles, trailers, equipment, tools, materials, supplies or other such property?

   ANSWER:

4. If the answer to Interrogatory No. 2 is "yes", answer the following with regard to each item of property:

    (a) Location thereof, including county, township, borough or municipality, street address and owner or real property on which located;
    (b) Description, including make, model, identification numbers, age or year, amount, etc.;
    (c) Date you obtained possession, custody or control;
    (d) Name and address of any other party who shares possession, custody or control;
    (e) Description of any written documents pursuant to which you obtained possession, custody or control.

ANSWER:

5. At the time you were served, or at any subsequent time, did you hold legal title to any property of any nature owned solely or in part by the defendant or in which defendant held or claimed any interest?

ANSWER:

6. At the time you were served, or at any subsequent time, did you hold as fiduciary any property of any nature in which the defendant had an interest?

ANSWER:

7. At any time before or after you were served did the defendant transfer or deliver any property to you or to any person or place pursuant to your direction or consent, and if so what was the consideration therefor?

ANSWER:

8. At any time after you were served did you pay, transfer or deliver any money or property to the defendant or to any other person or place pursuant to his direction or otherwise discharge any claim of the defendant against you?

ANSWER:

9. At any time before or after you were served, did the defendant have an escrow or other account, loan, assignment of contract or funds with you?

ANSWER:

10. If any answer to Interrogatories Nos. 5, 6, 7, 8 or 9 is "yes", state fully the type, kind, date and amount of the same.

ANSWER:

TUCKER ARENSBERG, P.C.

By: _____
Jeffrey J. Leech, Esquire
Pa I.D. No. 19814
Jonathan A. Orie, Esquire
PA I.D. No. 207078
Attorneys for Plaintiff

## **VERIFICATION**

The undersigned hereby verifies that I am an authorized representative of CBF Contracting, Inc. that the statements made in the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief and that these statements are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

_____
Name

_____
Position

DATE:_____

465005.1:LIT